UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-60305-ZLOCH

ERIC ROGERS,

    Plaintiff,

vs.

SIERN SPA & FACIAL LLC and
JAMES H. BATMASIAN,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, ERIC ROGERS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, SIERN SPA & FACIAL and JAMES H. BATMASIAN.

Plaintiff and Defendants, SIERN SPA & FACIAL LLC and JAMES H. BATMASIAN, are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized. Plaintiff and Defendants request twenty (20) days within which to file its dismissal documents.

Respectfully submitted this 31st of March, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 31st day of March, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com