UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60305-CIV-ZLOCH

ERIC ROGERS,

      Plaintiff,

**FINAL ORDER OF DISMISSAL OF
DEFENDANT JAMES H. BATMASIAN**

vs.

SIERN SPA & FACIAL, LLC, and
JAMES H. BATMASIAN,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation To Approve Consent Decree And To Dismiss Defendant With Prejudice (DE 11) filed herein by Plaintiff Eric Rogers and Defendant James H. Batmasian.  The Court has carefully reviewed said Stipulation, the Parties' Consent Decree (DE 11-1), the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation To Approve Consent Decree And To Dismiss Defendant With Prejudice (DE 11) filed herein by Plaintiff Eric Rogers and Defendant James H. Batmasian be and the same is hereby approved, adopted, and ratified by the Court;

    2. The Parties' Consent Decree (DE 11-1) be and the same is hereby approved, adopted, and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to Defendant James H. Batmasian;

4. To the extent not otherwise disposed of herein, all pending Motions as to Defendant James H. Batmasian are hereby **DENIED** as moot; and

5. As to Defendant James H. Batmasian the Court will retain jurisdiction over the above-styled cause for the purpose of enforcing the Settlement pursuant to the Parties' Consent Decree (DE 11-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th   day of April, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished:

All Counsel of Record